```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-23-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                            Plaintiff,

    - v. -                                  25-CR-00187 (ALC)

MANNY LIZARDO,                          ORDER

                            Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      A Violation of Supervised Release Hearing is set for **May 29, 2025,** at **12:00 p.m.**

SO ORDERED.

Dated:      New York, New York
              May 23, 2025

                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge